**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) SOONER LEGENDS LLC dba ) <br> SOONER LEGENDS INN & SUITES, ) <br>  ) <br> Plaintiff(s), ) <br>  ) <br> v. ) <br>  ) <br> (1) GREAT AMERICAN INSURANCE ) <br> COMPANY OF NEW YORK, A ) <br> SUBSIDIARY OF AMERICAN ) <br> FINANCIAL GROUP, ) <br>  ) <br> Defendant(s). ) | Case No. CIV-14-1187-F |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, Sooner Legends, LLC, and the Defendant, Great American Insurance Company of New York, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure do stipulate to the dismissal with prejudice of the above-styled and numbered cause. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

*s/Phil R. Richards*
*(Signed with permission of Plaintiff's Attorney)*
Stanley M. Ward
Woodrow K. Glass
Scott F. Brockman
R. Ben Houston
Barrett T. Bowers
Brent L. Neighbors
WARD & GLASS, L.L.P
1821 E. Imhoff, Ste. 102
Norman, OK  73071

ATTORNEYS FOR PLAINTIFF
SOONER LEGENDS LLC dba
SOONER LEGENDS INN & SUITES


*s/Phil R. Richards*
Phil R. Richards, OBA #10457
Jessica N. Battson, OBA #22843
Kelsie M. Sullivan, OBA #20350
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  (918) 585-2394
Facsimile:  (918) 585-1449

ATTORNEYS FOR DEFENDANT
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK